# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-1032**                          **September Term, 2022**

**FCC-88FR7592**

Filed On: February 14, 2023 [1985922]

Hikvision USA, Inc.,

        Petitioner

        v.

Federal Communications Commission and
United States of America,

        Respondents

## **N O T I C E**

     This case was docketed on February 13, 2023. The Federal Communications Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on February 13, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

     The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                                                           **FOR THE COURT:**
                                                           Mark J. Langer, Clerk

                                BY:    /s/
                                          Amanda Himes
                                          Deputy Clerk

Attachment:
     Certified Copy of Petition for Review