# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 23-1073 (cons. w/ 23-1032)    2. DATE DOCKETED: 3/16/2023
3. CASE NAME (lead parties only) Dahua Technology USA, Inc. v. FCC
4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: Federal Communications Commission
   b. Give agency docket or order number(s): ET Docket No. 21-323; EA Docket No. 21-233; FCC 22-84
   c. Give date(s) of order(s): Released Nov. 25, 2022; Published in Federal Register Feb. 6, 2023
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled?    By whom?
      Has the agency acted? ☐ Yes ☐ No  If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Petitioner participated in the rulemaking proceeding below. The FCC's Order imposes specific restrictions causing Petitioner to suffer an injury in fact that a favorable decision will redress.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ☐ No If YES, identify case name(s), docket number(s), and court(s)
      Hikvision USA, Inc. v. FCC, 23-1032 (D.C. Cir)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☒ Yes ☐ No If YES, give case name(s) and number(s) of these cases and identify court/agency:
      Hikvision USA, Inc. v. FCC, 23-1032 (D.C. Cir)
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No If YES, provide program name and participation dates.

Signature /s/ Russell M. Blau    Date 03-30-2023
Name of Counsel for Appellant/Petitioner Russell M. Blau
Address 1111 Pennsylvania Avenue, NW, Washington, DC 20004
E-Mail russell.blau@morganlewis.com    Phone ( 202 ) 373-6035    Fax ( 202 ) 739-3001

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

I certify that on this 30th day of March, 2023, the foregoing was filed via CM/ECF. Service was accomplished on all parties or their counsel of record through the CM/ECF system.

                              Respectfully submitted,

                              */s/ Russell M. Blau*
                              Russell M. Blau